

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joseph Kawl Stephens, Jr., Appellant

No. 06-23-00005-CR      v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. CR2200033). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Joseph Kawl Stephens, Jr., pay all costs incurred by reason of this appeal.

RENDERED MARCH 30, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk